UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| DIONTAE CORTEZ HICKS, | ) | CASE NO. 18-64019-BEM |
| DEBTOR. | ) | |

**MOTION TO REOPEN**

COMES NOW S. Nancy J. Gargula, United States Trustee for Region 21, and, pursuant to Bankruptcy Code section 350(b) and Federal Rule of Bankruptcy Procedure 5010, moves the Court to reopen this case. In support of this motion, the United States Trustee shows as follows.

1.

Diontae Cortez Hicks ("Debtor") commenced this case on August 21, 2018, by filing a petition for relief under chapter 7.

2.

S. Gregory Hays was appointed and served as chapter 7 trustee ("Chapter 7 Trustee").

3.

On September 25, 2018, the trustee held and concluded the section 341 meeting. On September 25, 2018, the trustee filed a report of no distribution based on information known to him that time.

4.

On December 3, 2018, the Court granted a discharge to the debtor and closed the estate.

5.

Recently Wells Fargo Auto CPI Payment Program ("Wells Fargo") began issuing Collateral Protection Insurance settlement checks to trustees and former trustees. These disbursements relate to Wells Fargo's April 2018 consent orders with CFPB and OCC regarding the improper placement or maintenance of CPI policies on automobile loan accounts between May 2005 and September 2016.  The Chapter 7 Trustee received a check and believes administering the funds would result in a meaningful distribution to unsecured creditors.

6.

Bankruptcy Code section 350 authorizes the Court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

7.

It appears the funds would be property of the estate and that administration of the asset might result in a meaningful distribution to unsecured creditors.

8.

Federal Rule of Bankruptcy Procedure 5010 provides that a case may be reopened on motion of the debtor or other party in interest. The United States Trustee is a party in interest and has standing to raise, appear, and be heard on any issue in any case.  11 U.S.C. § 307.

9.

The United States Trustee requests the Court reopen the case and direct the United States Trustee to appoint a trustee who can investigate and, if appropriate, administer assets that are property of the estate.

10.

Pursuant to the Bankruptcy Court Miscellaneous Fee Schedule, effective September 1, 2018, the United States Trustee should not be charged with the fee for reopening this case.

WHEREFORE, the United States Trustee moves the Court to reopen this case and direct the United States Trustee to appoint a chapter 7 trustee.

DATED: October 8, 2020.

>NANCY J. GARGULA
>UNITED STATES TRUSTEE, REGION 21
>
>*/s/ Shawna Staton*
>Shawna Staton
>Georgia Bar No. 640220
>United States Department of Justice
>Office of the United States Trustee
>Suite 362, Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303
>Phone: 404-331-4437, Ext. 152
>Email: *Shawna.P.Staton@usdoj.gov*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2020, I caused copies of the foregoing Motion to Reopen to be served upon the following persons by First Class U.S. Mail, postage paid, addressed as follows.

Diontae Cortez Hicks
540 Saddle Shoals Drive
Lawrenceville, GA 30046

R. Jeffrey Field
Jeffrey Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079

S. Gregory Hays
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

>*s/ Shawna Staton*
>Shawna Staton
>Georgia Bar No. 640220