

**IT IS ORDERED as set forth below:**

**Date: October 9, 2020**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DIONTAE CORTEZ HICKS, | ) | CASE NO. 18-64019-BEM |
| | ) | |
| DEBTOR. | ) | |

**ORDER REOPENING CASE**

This matter arises on the United States Trustee's Motion to Reopen (Dkt. No. 12) ("Motion"). Good cause appears for granting the Motion. Accordingly, it is hereby

ORDERED that the Motion is *granted* and this case is *reopened*; and it is further

ORDERED that the United States Trustee shall appoint a trustee to serve in this case.

[END OF DOCUMENT]

Prepared by:
s/ *Shawna Staton*
Shawna Staton
Georgia Bar No. 640220
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
shawna.p.staton@usdoj.gov

DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Diontae Cortez Hicks
540 Saddle Shoals Drive
Lawrenceville, GA 30046

R. Jeffrey Field
Jeffrey Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079