UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DIONTAE CORTEZ HICKS, | : | CASE NO. 18-64019-BEM |
| | : | |
| DEBTOR. | : | |

**NOTICE OF REAPPOINTMENT OF TRUSTEE**

The United States Trustee for Region 21 gives notice that, pursuant to the Court's order entered October 9, 2020 (Doc. No. 13), **Greg Hays** is reappointed as trustee in this case. The trustee shall serve under the blanket bond heretofore approved.

Notice given by:         NANCY J. GARGULA
                         UNITED STATES TRUSTEE
                         REGION 21

                         *s/ Jeneane Treace*
                         R. Jeneane Treace
                         GA Bar No. 716620
                         United States Department of Justice
                         Office of the United States Trustee
                         362 Richard B. Russell Building
                         75 Ted Turner Drive, S.W.
                         Atlanta, Georgia 30303
                         (404) 331-4437
                         jeneane.treace@usdoj.gov