UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DIONTAE CORTEZ HICKS, | : | CASE NO. 18-64019-BEM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 4th day of March, 2021.

                                                      */s/ S. Gregory Hays*
                                                     S. Gregory Hays
                                                    Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Georgia Power
96 Annex
Atlanta, GA 30396-0002

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

IRS Insolvency Unit
401 W. Peachtree St., NW
Room 400, Stop 334-D
Atlanta, GA 30308

Comcast
PO Box 530099
Atlanta, GA 30353-0099

Shawna Staton
Office of the US Trustee
362 Richard Russell Building
Atlanta, GA 30303-3315

Georgia Power Company
2500 Patrick Henry Pkwy
BIN 80003
MdDonough, GA 30253-4298

Ally Financial
Attn: Bankruptcy Dept
PO Box 380901
Bloomington, MN 55438-0901

Lacota Apartments
6664 Peachtree Industrial Blvd
Atlanta, GA 30360-2111

Geico
1 Geico Center
Macon, GA 31296-0001

Diontae Cortez Hicks
540 Saddle Shoals Drive
Lawrenceville, GA 30046-3177

American InterCont. Univ.
500 Peachtree Dunwoody Rd.
Atlanta, GA 30328

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106-9184

R. Jeffrey Field
Jeffrey Field & Associates
342 North Clarendon Avenue
Scottdale, GA 30079-1320

Caine & Weiner
Attn: Bankruptcy
Po Box 5010
Woodland Hills, CA 91365

Cooling & Winter
1355 Roswell Rd.
Suite 240
Marietta, GA 30062-3690

Caine & Weiner Company
12005 FORD ROAD 300
DALLAS, TX 75234-7262

Convergent Outsourcing, Inc.
Attn: Bankruptcy
Po Box 9004
Renton, WA 98057-9004

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Us Dept Veteren Affairs
Debt Management Center
Po Box 11930
St Paul, MN 55111-0930

Regions Bank
P.O. Box 11007
Birmingham, AL 35288-0001

First Credit Services
377 Hoes Lane
Suite 200
Piscataway, NJ 08854-4155

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117-5524

GA Department of Revenue
Compliance Division
1800 Century Blvd., NE, S9100
Atlanta, GA 30345

Netcollction
2774 N Cobb Parkway
Kennesaw, GA 30152-3469

United States Attorney
Northern District of Georgia
75 Ted Turner Dr SW, Ste 600
Atlanta, GA 30303-3309

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346